FILED
MAY 0 8 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MUSARRAT ROOHI HUSAIN,      )
                            )
          Plaintiff,        )
                            )   Case: 1:15-cv-00708
     v.                     )   Assigned To : Unassigned
                            )   Assign. Date : 5/8/2015
                            )   Description: Pro Se Gen. Civil (F)
RAJIV SHAH, Administrator, United States  )
Agency for International Development,     )
                            )
          Defendant.        )

## MEMORANDUM AND ORDER

The plaintiff, a former employee of the United States Agency for International Development, has submitted seven complaints. Generally, the plaintiff alleges discrimination in violation of the Civil Rights Act, the Rehabilitation Act, the Americans with Disabilities Act, and violations of the Civil Service Reform Act, the Whistleblower Protection Act, and the Federal Tort Claims Act. The complaints are so similar that the Court readily cannot determine whether and how the complaints differ from one another. Nor is it clear that multiple cases are necessary for the adjudication of the plaintiff's claims. For these reasons, the Court will give the plaintiff an opportunity to file a single Amended Complaint, drafted in accordance with Rules 8, 9 and 10 of the Federal Rules of Civil Procedure and Rule 5.1 of the Local Civil Rules, setting forth all the claims against all defendants in the action. The plaintiff is advised that any "document that does not conform to the requirements of [Local Civil Rule 5] and Rule 10(a) of the Federal Rules of Civil Procedure shall not be accepted for filing." Local Civil Rule 5.1(g). The Amended Complaint "shall [not] have appended thereto any document that is not essential to determination of the action." Local Civil Rule 5.1(e).

1

Given the length and volume of the complaints, the Court will grant leave to file only one complaint and its attachments. The plaintiff may retrieve the remaining complaints from the Clerk's Office within 30 days.

It is hereby

ORDERED that the Clerk of Court shall docket the complaint attached to this Order and its exhibits, the plaintiff's application to proceed *in forma pauperis*, and her motion for appointment of counsel. It is further

ORDERED that the Clerk shall retain the remaining complaints for a period of 30 days after entry of this Order, and if the plaintiff does not retrieve the remaining complaints within this 30-day period, the Clerk shall destroy them. It is further

ORDERED that, within 30 days of entry of this Order, the plaintiff shall file a single Amended Complaint setting forth all of the claims she intends to bring. If the plaintiff fails to comply with this Order, the Court will dismiss this action under Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

_____
United States District Judge

DATE: 5/1/15